■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JORDAN, Also Known as DAVID GRIFFITH, Appellant. [619 NYS2d 617] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldman, J.), rendered June 19, 1992, convicting him of criminal possession of a controlled substance in the second degree, criminal possession of a controlled substance in the third degree, and criminally using drug paraphernalia in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Based on our review of the record, we find the defendant's statutory right to a speedy trial was not violated (see, CPL 30.30; *People v Bolden*, 81 NY2d 146; *People v Cortes*, 80 NY2d 201; *People v Palacios*, 79 NY2d 897; *People v Ali*, 195 AD2d 368, *lv denied* 82 NY2d 804; *People v Garrett*, 171 AD2d 153). Further, the court did not err when it denied, on the eve of trial, the defendant's requests for new counsel or to proceed *pro se* (see, *People v Sides*, 75 NY2d 822; *People v Smith*, 68 NY2d 737; *People v Davis*, 49 NY2d 114; *People v Medina*, 44 NY2d 199; *People v McIntyre*, 36 NY2d 10; *People v Branch*, 155 AD2d 473; *People v Moore*, 153 AD2d 702; *People v Glover*, 90 AD2d 776).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Miller, Lawrence and Santucci, JJ., concur.